IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

2025 SEP 16 AM 11:29

OFFICE OF THE CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>DYLAN PICHE,<br><br>　　　　　　Defendant. | 4:25CR3075<br><br>INDICTMENT<br>18 U.S.C. § 2252(a)(2)<br>18 U.S.C. § 2252(a)(4)(B) |

The Grand Jury charges that

## COUNT I

Beginning on, about or between November 10, 2023 and June 10, 2024, in the District of Nebraska, the defendant, DYLAN PICHE, knowingly distributed and received any child pornography as defined in Title 18, United States Code, Section 2256(8), using any means or facility of interstate commerce and that has been shipped or transported in or affecting interstate or foreign commerce, by any means, including by computer, and the production of such visual depiction involved the use of a minor engaging in sexually explicit conduct and the visual depiction was of such conduct.

In violation of Title 18, United States Code, Section 2252(a)(2).

## COUNT II

On, about or between July 29, 2024 and July 30, 2024, within the District of Nebraska, DYLAN PICHE, the defendant herein, did knowingly possess one or more computer files and other matter which contained an image of child pornography, the production of such visual depictions involved the use of a minor engaging in sexually explicit conduct and such visual depictions were of such conduct, said computer files and other matter had been shipped or

transported in interstate commerce by any means, including by computer including images of child pornography, involving prepubescent minors or minors who had not attained 12 years of age.

In violation of Title 18, United States Code, Section 2252(a)(4)(B) and (b)(2).

A TRUE BILL.

_____
FOREPERSON

The United States of America requests that trial of this case be held in Lincoln, Nebraska, pursuant to the rules of this Court.

_____
JULIE ANN M. MRUZ
Assistant U.S. Attorney